IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| THOMAS A. GOLUB and DOUGLAS J. MACGINNITIE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 04-1509-SLR ) |
| HILB, ROGAL & HOBBS COMPANY, | ) ) |
| Defendant. | ) |

### O R D E R

At Wilmington this 3d day of August, 2005, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendant's motion to dismiss plaintiffs' complaint (D.I. 5) is granted, without prejudice.

_____
United States District Judge